USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MIRIAM NUNEZ and MEAGAN RIVERA,

                           Plaintiffs,

       - against -

THE CITY OF NEW YORK; DET. JEFFREY MCAVOY,
Shield No. 7380, DET. JASON DEL TORO, Shield No.
4218, P.O. GEORGE VELEZ, Shield No. 31307, SGT.
ANTHONY DEMONTE, Shield 915 and P.O.'s "JOHN
DOE" #1-10, Individually and in their Official Capacity
(the name John Doe being fictitious, as the true names are
presently unknown),

                           Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

09 CV 8798(DLC)(KNF)

       **WHEREAS**, plaintiffs commenced this action by filing a complaint on or about October 16, 2009, alleging that certain of their federal and state rights were violated; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiffs' allegations; and

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1. The above-referenced action, <u>Miriam Nunez and Meagan Rivera v. City of New York et al.</u>, 09 CV 8789 (DLC)(KNF), is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

- 2 -

2. The City of New York hereby agrees to pay plaintiff Miriam Nunez the total sum of FIFTEEN THOUSAND DOLLARS ($15,000) and Meagan Rivera the total sum of FIFTEEN THOUSAND DOLLARS ($15,000) in full satisfaction of all claims brought by plaintiffs in this action, including claims for costs, expenses, and attorney fees. In consideration for the payment of this sum, plaintiffs agree to the dismissal with prejudice of all the claims against the named defendants, City of New York, Jeffrey McAvoy, Jason Del Toro, George Velez, and Anthony Demonte, including defendants named herein as "'JOHN DOE' #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown)", and any present or former employees or agents of the City of New York, or any agency thereof, including, but not limited to the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in the instant action, including claims for costs, expenses and attorney fees.

3. Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above, and an Affidavit of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
March 24, 2010

| | |
|---|---|
| Gerald Cohen, Esq., <br> Cohen & Fitch LLP <br> Attorneys for plaintiffs <br> 225 Broadway, Suite 2700 <br> New York, New York 10007 <br><br> By: _____ <br> Gerald Cohen, Esq., <br> Attorney for plaintiffs | MICHAEL A. CARDOZO <br> Corporation Counsel of the <br> City of New York <br> Attorney for Defendants <br> 100 Church Street, Room 3-155 <br> New York, New York 10007 <br> (212) 788-1177 <br><br> By: _____ <br> Benjamin E. Stockman <br> Assistant Corporation Counsel |

The Clerk of Court shall close the case.

SO ORDERED:

_____
HON. DENISE L. COTE
U.S.D.J.
March 31, 2010

-3-